UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABY'S BAGS, LLC,

    Plaintiff,

v.

MERCARI, INC.,

    Defendant.

No. C 20-00734 WHA

**ORDER RESETTING HEARING AND DENYING MOTION TO APPEAR BY TELEPHONE**

In light of current travel concerns, plaintiff requested that the Thursday, March 19, hearing on defendant's motion for judgment on the pleadings be conducted telephonically. The Court has learned the hard way, however, that hearings are too difficult to conduct over the phone, so that request is **DENIED**. To spare counsel from making two trips, the motion hearing and case management conference will be combined on **THURSDAY, MARCH 26 AT 11AM**.

**IT IS SO ORDERED.**

Dated: March 12, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE