UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MERCARI, INC.,<br><br>    Defendant. | Case No. 20-cv-00734-WHA (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

    This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at https://cand.uscourts.gov/tsh/standing-orders. A copy is included with this notice. Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

    **IT IS SO ORDERED.**

Dated: 3/27/2020

                                                THOMAS S. HIXSON<br>                                                United States Magistrate Judge