UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCARI, INC.,<br><br>        Defendant. | Case No. 20-cv-00734-WHA (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 115, 117 |

It's not okay for a litigant to give up on any meaningful meeting and conferring and just dump a big pile of poorly formulated discovery disputes on the Court. Yet that is what Mercari did in ECF No. 115, which seems to be a motion to compel directed at 41 RFPs, 25 rogs and 50 RFAs, all in a concise two and a half pages. Perhaps GB's response at ECF No. 117 provides some insight into what has happened here, opening as it does with ad hominem attacks on Mercari. The parties need to do better than this.

The Court orders the parties to meet and confer about their discovery disputes, and to do a better job at that than they have so far. For any disputes they can't resolve, they should file one or more joint discovery letter briefs. A letter brief should cover issues that can be adequately addressed in five pages. It should not provide conclusory, high-level assertions and then point the Court to a hundred pages of discovery requests and responses. That takes the work the parties were supposed to do and throws it on the Court. Mercari's motion to compel at ECF No. 115 is denied without prejudice. This order terminates ECF Nos. 115 and 117.

**IT IS SO ORDERED.**

Dated: June 4, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge