UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MERCARI, INC.,<br><br>    Defendant. | Case No. 20-cv-00734-WHA  (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 121, 122, 123, 124, 125 |

    This order memorializes the discussion the Court had with the parties this morning about the pending discovery letter briefs (ECF Nos. 121, 122, 123) and related briefing (ECF Nos 124, 125).  The Court **STRIKES** the current letter briefs because they were not jointly filed.

    The Court **ORDERS** as follows:

    1. Mercari shall email its opening section of each letter brief by noon on July 28, 2020, together with all cited exhibits.  Gaby's Bags shall email its opposing section by noon on July 31, together with all cited exhibits.  If Mercari's opening section was two and a half pages, then the letter brief is complete at this point, and Mercari shall promptly perform the ministerial task of emailing the complete proposed filing to Gaby's Bags and requesting permission to file.  Gaby's Bags shall promptly provide permission to file.  However, if Mercari's opening section was less than two and a half pages, then Mercari has one business day to add a reply section and email the complete proposed filing by noon with the request for permission to file, which shall promptly be provided.

    2. The above procedure applies to joint discovery letter briefs going forward in this case. That is, the moving party shall email its opening section and cited exhibits by noon on day X, the opposing party shall email its responding section and cited exhibits by noon three business days

after X. If the moving party's opening section was the full two and a half pages, then the letter brief is final on day X + 3 and should be filed with opposing counsel's permission that day. If the moving party used less than two and a half pages, then it shall add in a reply section and email the complete proposed filing by noon on the fourth business day after X, at which time the letter brief becomes final and should be filed with opposing counsel's permission. The Court is adopting this procedure because the parties have not been able to get joint discovery letter briefs on file by cooperating with each other in the usual fashion.

**IT IS SO ORDERED.**

Dated: July 27, 2020

THOMAS S. HIXSON
United States Magistrate Judge