UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCARI, INC.,<br><br>        Defendant. | Case No. 20-cv-00734-WHA   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 149 |

Gaby's Bags has sufficiently articulated a basis for having a two-tiered protective order, with one tier being "Confidential" and the other being "Highly Confidential – Attorneys' Eyes Only." The Court orders Gaby's Bags to submit its proposed protective order as a proposed order (not a stipulated proposed order, which it is not) after removing footnote 3.

**IT IS SO ORDERED.**

Dated: August 31, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge