UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCARI, INC.,<br><br>        Defendant. | Case No. 20-cv-00734-WHA (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 216, 217 |

In its discovery order at ECF No. 131, the Court took the unusual step of specifying the exact procedure the parties should follow to get joint discovery letter briefs on file. The Court explained that "[t]he Court is adopting this procedure because the parties have not been able to get joint discovery letter briefs on file by cooperating with each other in the usual fashion." ECF No. 131 at 2. Despite this order, the Court continues to receive only Mercari's half of each discovery letter brief, with Gaby's Bags' half missing, as in the recently filed letter briefs at ECF Nos. 216 and 217. The Court is unsure who is at fault. Accordingly, the Court orders Gaby's Bags and Mercari each to show cause why it should not be sanctioned, including for monetary sanctions, for violating the Court's order at ECF No. 131. Each party's response to the OSC is due by noon on January 25, 2021. It shall not exceed five pages (excluding any declarations and exhibits, such as meet and confer correspondence). In the meantime, the Court orders Gaby's Bags to file its letter briefs responsive to ECF Nos. 216 and 217 by noon on January 21, 2021.

**IT IS SO ORDERED.**

Dated: January 19, 2021

THOMAS S. HIXSON
United States Magistrate Judge