UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MERCARI, INC.,<br><br>   Defendant. | Case No. 20-cv-00734-WHA  (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 266 |

  The Court accepts Gaby's Bags' suggestion that the parties file a joint discovery letter brief with 10 pages per side concerning the Rule 30(b)(6) deposition notice to Mercari. That brief is due April 5, 2021. If the parties want more time, they may file a stipulation and proposed order requesting it.

  **IT IS SO ORDERED.**

Dated: March 30, 2021

THOMAS S. HIXSON
United States Magistrate Judge