UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY'S BAGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MERCARI, INC.,<br><br>Defendant. | Case No. 20-cv-00734-WHA  (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 317 |

Mercari has filed a motion for attorneys' fees and costs. ECF No. 292. The motion was filed on May 26, 2021, so under Civil Local Rule 7, the opposition by Plaintiff and the Counterclaim Defendants (together, "Gaby's Bags") is due June 9, 2021. In ECF No. 317, Gaby's Bags moves for a one-week extension of time to respond to the motion, as well as a one-week continuance of the related deadlines (reply brief, hearing date). Mercari opposes the request. ECF No. 321. The Court grants Gaby's Bags' request. Gaby's Bags' deadline to oppose Mercari's motion for fees and costs is extended to June 16, 2021. The deadline for Mercari's reply brief is extended to June 23, 2021. And the hearing date is continued to July 8, 2021.

This order terminates ECF No. 317.

**IT IS SO ORDERED.**

Dated: June 4, 2021

THOMAS S. HIXSON
United States Magistrate Judge